UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

OWEN HARTY,
  plaintiff,

v.

HARWILL HOMES, INC.,
  defendant.

Civil no. 3:11CV1368(AVC)

### JUDGMENT

This action having come before the court for consideration of the defendant's motion to dismiss, and

The court having considered the motion and the record of the case, and having granted the defendant's motion to dismiss on June 25, 2013, it is hereby,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant, Harwill Homes, Inc.

Dated at Hartford, Connecticut, this 26 day of June, 2013 at Hartford, Connecticut.

ROBIN TABORA, Clerk

By: /s/ Renee Alexander
Renee Alexander
Deputy Clerk