**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of November, two thousand and thirteen.

_____

Owen Harty,

    Plaintiff-Appellant,     **ORDER**

v.      Docket No. 13-2916

Harwill Homes, Inc.,

    Defendant-Appellee.

_____

The Appellant moves to withdraw this appeal with prejudice, without costs, pursuant to FRAP 42(b).

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 11/07/2013**